**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David Darness JONES, Defendant–**
**Appellant.**

No. 01–6586.

United States Court of Appeals,
Fourth Circuit.

Submitted July 12, 2001.

Decided July 26, 2001.

David Darness Jones, pro se. Fenita Morris Shepard, Raleigh, NC, for appellee.

Before WILLIAMS, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

---

PER CURIAM.

David Darness Jones seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal. Jones has waived review of the claims he raised in the district court by this failure to address those claims in his informal brief. 4th Cir. R. 34(b). We decline to review the claims he has raised for the first time on appeal. *Muth v. United States,* 1 F.3d 246, 250 (4th Cir .1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*